FILED

2018 JUN 20 AM 10: 51

CLRK U.S. DISTRICT COURT
THERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| Plaintiff, | ) | |
| | ) | CASE NO. 1:18 CR 318 |
| v. | ) | |
| | ) | Title 8, Section 1326, United States Code |
| EDGAR SAMUEL PALOMINO-SANCHEZ, | ) | |
| Defendant. | ) | |

JUDGE GWIN

COUNT 1
(Illegal Reentry, in violation of 8 U.S.C. § 1326)

The Grand Jury charges:

1. Defendant EDGAR SAMUEL PALOMINO-SANCHEZ is an alien and citizen of Mexico, who was previously removed from the United States on the following occasion:

    a. On or about July 10, 2013, Defendant was found in the United States and removed to Mexico.

2. On or about May 28, 2018, Defendant was found in the United States in the Northern District of Ohio, Eastern Division, and not having previously obtained the express consent of the Attorney General of the United States or his successor, the Secretary for Homeland Security (Title 6, United States Code, Sections 202 (3), (4) and (557)) to apply for readmission into the United States, in violation of Title 8, United States Code, Section 1326.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.